IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-40707
Conference Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

VICENTE PEREZ-PEREZ,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-01-CR-73-1
--------------------
April 11, 2002

Before SMITH, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:[*]

    The Assistant Federal Public Defenders (AFPDs) appointed to represent Vicente Perez-Perez have filed a motion to withdraw from representation of Perez and a brief as required by *Anders v. California*, 386 U.S. 738 (1967). Perez has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue. Accordingly, the APPDs' motion to withdraw is GRANTED; the AFPDs are excused from further responsibilities herein and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.